IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TELETRAKING TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, INC.<br><br>Defendant. | Case No. _____ |

## COMPLAINT

Plaintiff, TeleTracking Technologies, Inc., by its attorneys, Metz Lewis Brodman Must O'Keefe LLC, files the following Complaint:

### Parties

1. Plaintiff, TeleTracking Technologies, Inc. ("TeleTracking"), is a Delaware corporation with a principal place of business located at 336 Fourth Avenue, Pittsburgh, PA 15222.

2. Defendant, Beth Israel Deaconess Medical Center, Inc. ("BIDMC"), is a Massachusetts charitable corporation with a principal place of business located at 330 Brookline Avenue, Boston, MA 02215.

### Jurisdiction and Venue

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

4. As a Delaware corporation with a principal place of business in Pittsburgh, PA, TeleTracking is a citizen of Delaware and Pennsylvania. Because BIDMC is a Massachusetts corporation with a principal place of business located in Boston, MA, BIDMC is a citizen of Massachusetts. Therefore, there is complete diversity of citizenship between TeleTracking and BIDMC.

5. The amount in controversy exceeds $75,000.00.

6. Venue is proper in the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to TeleTracking's claims occurred in Pittsburgh, PA.

**Factual Background**

7. TeleTracking and BIDMC are parties to that certain TeleTracking Subscription and License Agreement dated effective as of March 27, 2018 (the "TSLA"). A copy of the TSLA is attached hereto as **Exhibit A** and is incorporated herein by reference.

8. Pursuant to the terms of the TSLA, TeleTracking agreed to make certain Subscription Services and Software available to BIDMC as more fully described in various Order Forms to be submitted by BIDMC to TeleTracking from time to time. See TSLA at §§ 1-2.[1]

9. Pursuant to an Order Form dated February 26, 2024 (the "Order Form"), BIDMC subscribed to TeleTracking's Capacity Management Suite®, ServiceTracking® services and TransferCenter™ services for the Beth Israel Deaconess Medical Center. A copy of the Order Form is attached hereto as **Exhibit B** and is incorporated herein by reference.

10. The Capacity Management Suite® is a Software suite designed to improve patient throughput and resource utilization.

11. Under the Order Form, BIDMC received a license for use of the Capacity Management Suite® for a fee of $22,890.88 per month.

12. The ServiceTracking® services are designed as a workflow solution for non-clinical support teams.

---

[1] Capitalized terms used herein shall have the same meanings as set forth in the TSLA and/or the Order Form unless otherwise defined.

13. Under the Order Form, BIDMC received a license fee for use of the ServiceTracking® services for a fee of $6,377.15 per month.

14. The TransferCenter™ services provide a centralized digital hub for patient transfer coordination.

15. Under the Order Form, BIDMC received a license for use of the TransferCenter™ services for a fee of $5,706.77 per month.

16. All fees for Subscription Services and Software were invoiced by TeleTracking to BIDMC monthly. See TSLA at § 12(a), Order Form at p. 5 of 6. Payment from BIDMC was due to TeleTracking at its offices in Pittsburgh, PA 30 days from the date of the invoice.

17. Any payment not received from BIDMC by the applicable due date may, at TeleTracking's discretion, accrue late charges at the rate of 1.5-percent of the outstanding balance per month, from the date such payment was due until the date paid. See TSLA at § 12(a).

18. BIDMC endeavored to terminate the Subscription Services and Software in a letter dated July 24, 2024, listing September 30, 2024 as the Termination Date. However, in the TSLA and Order Form, the License Term for all Solutions would be effective through March 31, 2026.

19. From and after the effective date of the Order Form in 2024 to and including the effective termination of BIDMC's subscriptions thereunder, TeleTracking provided all Subscription Services and Software in accordance with the terms of the TSLA and Order Form.

20. Notwithstanding, BIDMC has failed to pay TeleTracking all amounts due and owing in connection with the TSLA and Order Form.

21. A total of $500,373.22 is due to TeleTracking from BIDMC.

22. Consequently, TeleTracking files the instant Complaint to collect amounts due from BIDMC.

## Count I
## Breach of Contract

23.  TeleTracking incorporates by reference the allegations of Paragraphs 1-22 of this Complaint as if more fully set forth herein.

24.  TeleTracking and BIDMC entered into a legally enforceable contract, evidenced by the TSLA and Order Form, that, among other things, required BIDMC to timely remit payment for all Subscription Services and Software.

25.  The parties' agreement is supported by adequate consideration and defined by mutually agreed upon and unambiguous terms.

26.  TeleTracking provided all Subscription Services and Software in accordance with the terms of the TSLA and Order Form.

27.  As more fully set forth above, BIDMC has breached the terms of the TSLA and Order Form by failing to timely remit payment to TeleTracking of all amounts due.

28.  BIDMC's breach of the TSLA and Order Form has directly and proximately caused damage to TeleTracking in a total amount to be determined at trial.

WHEREFORE, Plaintiff TeleTracking Technologies, Inc. respectfully requests that this Court grant judgment in its favor and against Defendant Beth Israel Deaconess Medical Center, Inc. in an amount in excess of $75,000.00 to be determined at trial, together with pre- and post-judgment interest, late fees, all costs of suit, and such other relief as is necessary and appropriate.

## Count II
## Unjust Enrichment – Alternative to Count I

29.  TeleTracking incorporates by reference the allegations of Paragraphs 1-28 of this Complaint as if more fully set forth herein.

30. TeleTracking provided BIDMC with a subscription to the Capacity Management Suite, ServiceTracking services and TransferCenter services as more particularly set forth above.

31. BIDMC accepted these Subscription Services and Software and has enjoyed the benefit of the Subscription Services and Software provided by TeleTracking.

32. TeleTracking has made repeated demands for payment for the Subscription Services and Software enjoyed by BIDMC, but despite such demands, payment is outstanding.

33. It is unconscionable for BIDMC to enjoy the benefits of the Subscription Services and Software provided by TeleTracking without fully paying for the same.

34. Accordingly, BIDMC has been unjustly enriched to the detriment of TeleTracking.

35. As a direct and proximate result of BIDMC's unjust enrichment, TeleTracking has suffered damages in a total amount to be determined at trial.

WHEREFORE, Plaintiff TeleTracking Technologies, Inc. respectfully requests that this Court grant judgment in its favor and against Defendant Beth Israel Deaconess Medical Center, Inc.in an amount in excess of $75,000.00 to be determined at trial, together with pre- and post-judgment interest, late fees, all costs of suit, and such other relief as is necessary and appropriate.

Respectfully Submitted,

Date: August 7, 2025

METZ LEWIS BRODMAN MUST O'KEEFE LLC

By: /s/ John R. O'Keefe, Jr.
John R. O'Keefe, Jr. (PA I.D. 36633)
Justin M. Tuskan (PA I.D. 311235)
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone: (412) 918-1100
Fax: (412) 918-1199
jokeefe@metzlewis.com
jtuskan@metzlewis.com
*Attorneys for Plaintiff*
*TeleTracking Technologies, Inc.*